IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLA SCHULTZ,<br><br>*Plaintiff,*<br>v.<br><br>UNION SECURITY INSURANCE COMPANY and SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>*Defendants.* | Case No. 2:21-cv-03511 |

### ORDER

**AND NOW**, this 9th day of February, 2022, upon consideration of Defendants Union Security Insurance Company's and Sun Life Assurance Company of Canada's Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) (ECF No. 9), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Count Two of Plaintiff Nicola Schultz's Complaint is **DISMISSED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge